UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| Philadelphia Indemnity Insurance Company, *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 2:20-cv-00085-JDL |
| Inter-Coast International Training, Inc. d/b/a InterCoast Colleges, et al. *Defendants*. | § § § § | |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all of plaintiff's claims in the above-captioned matter are hereby dismissed without prejudice, each party to bear its/his/her own attorney's fees and costs.

Respectfully submitted,

PHILADELPHIA INDEMNITY INSURANCE COMPANY

By Its Attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

DATED:  June 13, 2023        By:   /s/ William D. Pandolph, Esq.
                                            William D. Pandolph, Esq. #3996
                                            9 Capitol Street
                                            Concord, NH 03301
                                            (603) 223-2800
                                            e-mail:  wpandolph@sulloway.com

INTER-COAST INTERNATIONAL TRAINING INC. d/b/a INTERCOAST COLLEGES AND INTERCOAST CAREER INSTITUTE

By Its Attorneys,
BARNES AND THORNBURG LLP

DATED:  June 13, 2023        By:    /s/ Carrie M. Raver, Esq.
                                            Carrie M. Raver, Esq. *Pro Hac Vice*
                                            888 South Harrison Street, Suite 600
                                            Fort Wayne, IN 46802
                                            (260) 425-4652
                                            email:  Carrie.Raver@Btlaw.com

                David E. Wood, Esq. *Pro Hac Vice*
                2029 Century Park East, Suite 300
                Los Angeles, CA 90067
                (310) 284-3880
                email:  Dwood@Btlaw.com

                Katherine S. Kayatta, Esq.
                Pierce Atwood, LP
                254 Commercial Street
                Portland, ME 04101
                (207) 791-1105
                email:  kkayatta@pierceatwood.com

GEETA B. BROWN and CHRISTOPHER S. BROWN

By Their Attorneys,
BARNES AND THORNBURG LLP

DATED:  June 13, 2023    By:  /s/ David E. Wood, Esq.
                David E. Wood, Esq. *Pro Hac Vice*
                2029 Century Park East, Suite 300
                Los Angeles, CA 90067
                (310) 284-3880
                email:  Dwood@Btlaw.com

                Katherine S. Kayatta, Esq.
                Pierce Atwood, LP
                254 Commercial Street
                Portland, ME 04101
                (207) 791-1105
                email:  kkayatta@pierceatwood.com

MARIANA ACOSTA

By Her Attorneys,
WHITE & QUINLAN

DATED:  June 13, 2023    By:  /s/ Laura H. White, Esq.
                Laura H. White, Esq. #4025
                Danielle M. Quinlan, Esq. #5480
                62 Portland Road, Suite 21
                Kennebunk, ME 04043
                (207) 502-7484
                email:  lwhite@whiteandquinlan.com
                email:  dquinlan@whiteandquinlan.com

ANTOINETTE ADAM, NIKITA ALEXANDRE, ENOLD ANTOINE, BELANDA AUGUSTE, PASCALE BAGUIDY, DEMBO BEYA, CLAIR BIENAINE, OLGA BOOTH, DAVID CANGE, YOLETTE CANGE, JUDITH CAYO, GIOVANIE CELESTIN, THERESE CETOUTE, JEAN CIUS, NADIA CLERVEAU, KAREN CORMIER MACISAAC, MILENA DE PENA, LYNLEE DODDRELL, ASHLEY DOHERTY, ALTAGRACE DOMOND, JESSICA FILS-AIME, MAGALIE GUERRIER, JOSEPHINE ISIDORE, CARIDAD JEAN BAPTISTE, MARIE JEAN CHARLES, GREGORY JOSEPH, STEPHANIE (CASTILLO) KOUREMBANAS, NADEGE LABBE, GODWIN LANGA, SHELLA LOUIS-JEUNE, CATHY MANDE, MARIE CHANTAL MASSILLON, MARIE MAYNARD, SORAYA MAYARD, BEATRICE MERTILUS, NICOLE METAYER, LUCHY NUNEZ, JUDETTE PASCAL, MICHAELLE PASCAL, VERONICA PERALTA, KATHERINE PEREZ, ANNE MARIE PHILIPPE, QUEQUETTE PIERRE, SAMANTHA PLASTINO, MARLENY POLANCO, ESTATE OF AMERY RAVIX, NATHALIE ROC, GRACE SENATUS, URVELLE SENATUS, MINA SHIR, LORRAINE SWETT, and CATHERINE VALLEY

By Their Attorneys,
MURRAY, PLUMB & MURRAY

DATED:  June 13, 2023

By:   /s/ Richard L. O'Meara, Esq.
Richard L. O'Meara, Esq.
75 Pearl Street
P.O. Box 9785
Portland, ME 04104-5085
(207) 733-8023
email:  romeara@mpmlaw.com

Andrew P. Cotter, Esq.
James A. Clifford, Esq.
Clifford & Clifford, LLC
10 Moulton Street, 5th Floor
Portland, ME 04101
(207) 613-9465
email:  andrew@cliffordclifford.com
email:  james@cliffordclifford.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

DATED:  June 13, 2023                         By:    /s/ William D. Pandolph, Esq.
                                                                    William D. Pandolph, Esq.